Ramona Eidenmiller, Plaintiff-Appellee, v. Board of Education of Community High School District No. 505, Bureau County, Illinois, Defendant-Appellant.

Gen. No. 11,302. 

Second District, First Division.

Refiled December 14, 1960.

William J. Dieterich, of Quincy, for defendant-appellant; L. D. Spaulding, Jr., of Princeton, Rugen, Ligtenberg, and Goebel, of Chicago, for plaintiff-appellee. Opinion by PRESIDING JUSTICE McNEAL. Not to be published in full.